# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DUSTIN KELTER, an individual,

               Plaintiff,

v.

TARGET CORPORATION, a Minnesota Corporation; et al.,

               Defendants.

**CASE NO.  8:21-cv-01442-JLS-KES**

**ORDER REMANDING CASE TO STATE COURT**

    Having reviewed the Stipulation of the Parties and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

    1.     This matter is hereby remanded to the Superior Court of California in and for the County of Orange, Case No.: 30-2020-01173131-CU-PA-CJC, and which "Notice of Removal of Civil Action" was filed with this Court on September 2, 2021, as Document 1;

    2.     The Parties agree that neither Party shall be deemed a prevailing party pursuant to this Stipulation as a result of this remand;

    3.     The Parties shall bear their own costs and fees;

    4.     Neither Party shall be assessed any costs and fees or be held to have waived any argument, claim, or defense as a result of this Stipulation or remand; and

    5.     The Court further orders that the court file in this case be transferred by the

clerk of this Court to the clerk of the State Court, along with a certified copy of this Order of Remand. The State Court may thereupon proceed with this case.

**IT IS SO ORDERED.**

DATED:  November 1, 2021

JOSEPHINE L. STATON

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE